FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -9 PM 12: 31
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALI GAIAS HANZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 03-3367** |
| **U.S. ATTORNEY GENERAL, ET. AL** | **SECTION "A" (6)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Government's motion to dismiss as moot (Fed. Rec. Doc. 27) be and is hereby **GRANTED IN PART** as to the issue of indefinite detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491, as a case and controversy no longer exists with respect to that claim for relief;

**IT IS FURTHER ORDERED** that the Government's motion to dismiss as moot (Fed. Rec. Doc. 27) be and is hereby **DENIED IN PART** as to the remainder of Hanzel's claims, i.e., 1) that he was denied due process during his asylum proceedings when he was not allowed to present facts or evidence in support of his application to the Immigration

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No ___

Judge, and, 2) that the order of deportation should be invalidated due to unconstitutional "selective prosecution".

**IT IS FURTHER ORDERED** that the following issues, which challenge the constitutional validity of the order of deportation rather than Hanzel's detention, be and are hereby **TRANSFERRED** to the U.S. Court of Appeal, Fifth Circuit pursuant to the REAL ID Act, specifically Pub. L. No. 109-13, 119 Stat. 231, 311, § 106(c): 1) whether Hanzel was denied due process during his asylum proceedings when he was not allowed to present facts or evidence in support of his application to the Immigration Judge, and, 2) whether Hanzel's order of deportation should be invalidated due to unconstitutional "selective prosecution".

**IT IS FURTHER ORDERED** that Hanzel's motion for change of venue (Fed. Rec. Doc. 28), which specifically requests a transfer of venue to the U.S. District Court for the Southern District of Georgia, Augusta Division, be and is hereby **DENIED**, as the U.S. Fifth Circuit Court of Appeals has *exclusive jurisdiction over Hanzel's claims that challenge the* constitutional validity of his order of deportation.

New Orleans, Louisiana, this 8th day of March, 2006.

UNITED STATES DISTRICT JUDGE